**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PURKEY ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A,"<br><br>    Defendants. | No. 25-cv-03942<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Maria Valdez |

## DEFAULT JUDGMENT ORDER

This action has been commenced by Purkey Enterprises, LLC ("Plaintiff") against the defendants identified in **Schedule A**, and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Schedule A that have not been dismissed from this case (collectively "Defaulting Defendants");

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from e-commerce platforms and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having not answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over the Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United

States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that the Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and/or counterfeit versions of Plaintiff's federally registered design patents, copyrights, and trademarks (the "Plaintiff's Intellectual Property") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that the Defendants' e-commerce stores are reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's Intellectual Property. *See* Docket No. 8-5 to 8-19, which includes screenshot evidence confirming that each Defendants' e-commerce store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's Intellectual Property.

A list of the Plaintiff's Intellectual Property is included in the below charts.

**Design Patent**

| Reg. No. | Issue Date | Description |
|---|---|---|
| US D787,124 | May 16, 2017 | The ornamental design for a a hair device for lifting, retention and styling. |

**Copyrights**

| Reg. No. | Effective Date | Description |
|---|---|---|
| VA 2-386-567 | March 11, 2024 | Group registration of photographs. |
| VA 2-387-298 | March 14, 2024 | Group registration of photographs. |

**Trademarks**

| Reg. No. | Trademark | Issue Date | International Class |
|---|---|---|---|
| 5,046,071 | ZAZZY BANDZ | September 20, 2016 | IC 26: Hair Bands. |

2

| Reg. No. | Trademark | Issue Date | International Class |
|---|---|---|---|
| 5,199,849 |  | May 9, 2017 | IC 26: Hair Bands. |
| 7,479,015 | Viral Headband | August 20, 2024 | IC 25: Hair Bands. |
| 5,931,744 | THE REDESIGNED HEADBAND THAT FITS LIKE SUNGLASSES | December 10, 2019 | IC 26: Hair Bands. |

This Court further finds that Defaulting Defendants are liable for design patent infringement (35 U.S.C. § 271), copyright infringement (17 U.S.C. 501(a)), willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*), and civil conspiracy.

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that the Defaulting Defendants are deemed in default, and that this Default Judgment is entered against the Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with it be permanently enjoined and restrained from:

    a. using the Plaintiff's Intellectual Property or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property;

3

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Intellectual Property;

c. reproducing, publicly displaying, distributing, or otherwise infringing Plaintiff's copyrights in Plaintiff's Intellectual Property;

d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff's Intellectual Property, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

a. transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

4

      b.  disable the Defendant Domain Names and make them inactive and untransferable.

3.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for the Defaulting Defendants, or in connection with the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Limited., Alibaba.com, Inc., Alibaba.com US E-commerce Corp., Alibaba.com U.S. LLC, Alibaba Group (U.S.) Inc., AUS Merchant Services, Inc., and Alipay US, Inc. ("Alibaba," "AliExpress," and/or "AliPay"); Amazon.com, Inc. ("Amazon"); DHgate.com Inc. ("DHgate"); ebay Inc. ("eBay"); Etsy Inc. ("Etsy"); Roadget Business Pte. Ltd. and Shein US Services LLC ("Shein"); PDD Holdings ("Temu"); and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

      a.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which the Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff's Intellectual Property; and

      b.  operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's Intellectual Property or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property.

4.  Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting

Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Intellectual Property.

5.  Pursuant to 15 U.S.C. § 1117(c)(2) and 17 U.S. § 504(c)(2), Plaintiff is awarded statutory damages from each Defaulting Defendant in the amount of $100,000 for willful use of Plaintiff's trademark and copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to Defaulting Defendants only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6.  Any Third Party Providers holding funds for Defaulting Defendants, as defined in Paragraph 3, as well as payment processors including Alipay, LianLian Global, LL Pay U.S., LLC, Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), PayPal Holdings, Inc. ("PayPal"), Payoneer Global Inc. ("Payoneer"), and Stripe Inc. ("Stripe") (collectively, "Payment Processors"), shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

7.  All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers and Payment Processors as defined in Paragraph 3 and 6,, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers and Payment Processors are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by the Defaulting Defendants, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by the Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to the Defaulting Defendants by e-mail to any e-mail addresses provided for the Defaulting Defendants by third parties.

10. The ten-thousand-dollar ($10,000.00) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Flener IP & Business Law. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Default Judgment.

Dated: __10/10/2025_____

_____
Hon. Elaine E. Bucklo
United States District Judge

**Schedule A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Yiwu Xuxin Jewelry Co., Ltd. | adaisi | https://adaisi.en.alibaba.com |
| 2 | Dongyang Chenchen Jewelry Factory | chenchenshipin | https://chenchenshipin.en.alibaba.com |
| 3 | Yiwu Kaka Accessories Co., Ltd. | cy-ornament | https://cy-ornament.en.alibaba.com |
| 4 | Huangshi Dali Trading Co., Ltd. | darlingparty | https://darlingparty.en.alibaba.com |
| 5 | Yiwu Dingxuan Trading Co., Ltd. | dingxuancompany | https://dingxuancompany.en.alibaba.com |
| 7 | Qingdao FDshine Hair Products Co., Ltd. | fdshine | https://fdshine.en.alibaba.com |
| 8 | Yuyao Fenro Trade Co., Ltd. | fenro | https://fenro.en.alibaba.com |
| 9 | Guangzhou Yonghong Arts & Crafts Co., Ltd. | gzyh1688 | https://gzyh1688.en.alibaba.com |
| 10 | Yiwu Jojo Fashion Accessories Co., Ltd. | jojo3 | https://jojo3.en.alibaba.com |
| 11 | Xiamen Jynbows Accessories Co., Ltd. | jynbows | https://jynbows.en.alibaba.com |
| 12 | Yiwu Lanmo E-Commerce Co., Ltd. | lanmojewelry | https://lanmojewelry.en.alibaba.com |
| 13 | Nanchang Kuajin Trading Co., Ltd. | nckjmy | https://nckjmy.en.alibaba.com |
| 14 | Nanchang Kuajin Trading Co., Ltd. | nckuajin | https://nckuajin.en.alibaba.com |
| 15 | Quzhou Nishaer E-Commerce Co., Ltd. | nishaer | https://nishaer.en.alibaba.com |
| 16 | Qingdao Qshining Jewelry Co., Ltd. | qshining | https://qshining.en.alibaba.com |

8

| 18 | Sanming Jiamu Trading Co., Ltd. | sanmingjiamu | https://sanmingjiamu.en.alibaba.com |
| 19 | Yiwu Suou Daily Necessities Co., Ltd. | suou | https://suou.en.alibaba.com |
| 20 | Shenzhen Ke'an International Trade Co., Ltd. | szkean | https://szkean.en.alibaba.com |
| 21 | Tieling Xinzhen Decoration Co., Ltd. | tlxinzhen | https://tlxinzhen.en.alibaba.com |
| 22 | FASA FISO DUKKAN | tr1568206877hont | https://tr1568206877hont.en.alibaba.com |
| 23 | CSR AKSESUAR | tr1568535427nphc | https://tr1568535427nphc.en.alibaba.com |
| 24 | Yiwu Victory Technology Co., Ltd. | victory1900s | https://victory1900s.en.alibaba.com |
| 25 | Yiwu Hanli Apparel Co., Ltd. | vriua | https://vriua.en.alibaba.com |
| 26 | Wuhan Emiry Trading Company Ltd. | whamiri | https://whamiri.en.alibaba.com |
| 27 | Yiwu Woying Electronic Commerce Co., Ltd. | woying | https://woying.en.alibaba.com |
| 28 | Yiwu Xide E-Commerce Firm | xide | https://xide.en.alibaba.com |
| 29 | Fuzhou Xuance Trade Co., Ltd. | xuance | https://xuance.en.alibaba.com |
| 30 | Yiwu Cuda Import And Export Co., Ltd. | yiwucuda2020 | https://yiwucuda2020.en.alibaba.com |
| 31 | Yiwu Jinyao Apparel Co., Ltd. | yiwujinyao | https://yiwujinyao.en.alibaba.com |
| 33 | Yiwu Tingyang Trading Co., Ltd. | yiwutingyang | https://yiwutingyang.en.alibaba.com |
| 34 | Yiwu Yanxi Trading Firm | yiwuyanxi | https://yiwuyanxi.en.alibaba.com |
| 35 | Yiwu Shengxia Clothing Accessories Factory | ywcary | https://ywcary.en.alibaba.com |

| 36 | Yiwu Hebi E-Commerce Firm | ywhebi | https://ywhebi.en.alibaba.com |
| 37 | Yiwu Mengxin Jewelry Co., Ltd. | ywmengxin | https://ywmengxin.en.alibaba.com |
| 38 | Yiwu Yongchang Trading Co., Ltd. | ywyongchang | https://ywyongchang.en.alibaba.com |
| 40 | CA Mode Official Store | 1100439921 | https://www.aliexpress.com/store/1100439921 |
| 41 | congleishipin Store | 1100525009 | https://www.aliexpress.com/store/1100525009 |
| 42 | MAYDO Store | 1100889920 | https://www.aliexpress.com/store/1100889920 |
| 43 | FXCUBE Store | 1100948547 | https://www.aliexpress.com/store/1100948547 |
| 44 | UNTAMED Accessories Store | 1101260362 | https://www.aliexpress.com/store/1101260362 |
| 46 | Candygirl Store | 1101326454 | https://www.aliexpress.com/store/1101326454 |
| 47 | LYSW Store | 1101336001 | https://www.aliexpress.com/store/1101336001 |
| 51 | Meiya makeup shop Store | 1101524988 | https://www.aliexpress.com/store/1101524988 |
| 52 | Shop910544265 Store | 1101547256 | https://www.aliexpress.com/store/1101547256 |
| 54 | ILVISEST Store | 1101606055 | https://www.aliexpress.com/store/1101606055 |
| 55 | the cloud knows Store | 1101613913 | https://www.aliexpress.com/store/1101613913 |
| 58 | With Her Store | 1101878578 | https://www.aliexpress.com/store/1101878578 |
| 60 | Shop1102085675 Store | 1102089706 | https://www.aliexpress.com/store/1102089706 |
| 63 | Dropshipme Home Store | 1102251858 | https://www.aliexpress.com/store/1102251858 |
| 64 | Shop1102314976 Store | 1102316065 | https://www.aliexpress.com/store/1102316065 |

| 66 | Phyllis Hair Accessories Store | 1102411579 | https://www.aliexpress.com/store/1102411579 |
| 68 | Household Better Life Store | 1102521321 | https://www.aliexpress.com/store/1102521321 |
| 69 | Shop1102635702 Store | 1102633745 | https://www.aliexpress.com/store/1102633745 |
| 70 | Eighty Five - 85 Store | 1102648066 | https://www.aliexpress.com/store/1102648066 |
| 71 | DYMJ Store Store | 1102655128 | https://www.aliexpress.com/store/1102655128 |
| 72 | TOdecorlife Store | 1102668713 | https://www.aliexpress.com/store/1102668713 |
| 73 | Yuanyuan Jewelry Store Store | 1102728034 | https://www.aliexpress.com/store/1102728034 |
| 74 | Shop1102724982 Store | 1102728900 | https://www.aliexpress.com/store/1102728900 |
| 75 | Shop1102738802 Store | 1102735827 | https://www.aliexpress.com/store/1102735827 |
| 76 | Domi Girl Store | 1102736443 | https://www.aliexpress.com/store/1102736443 |
| 77 | Shop1102744154 Store | 1102742209 | https://www.aliexpress.com/store/1102742209 |
| 78 | ZG Hair Accessories Collection Store | 1102788029 | https://www.aliexpress.com/store/1102788029 |
| 79 | Fineone 001 Store | 1102794521 | https://www.aliexpress.com/store/1102794521 |
| 81 | Choice Wholesalers Store | 1102859704 | https://www.aliexpress.com/store/1102859704 |
| 82 | Shop1102876112 Store | 1102880111 | https://www.aliexpress.com/store/1102880111 |
| 84 | Shop1102893691 Store | 1102893692 | https://www.aliexpress.com/store/1102893692 |
| 85 | SHI SHANG Store | 1102895232 | https://www.aliexpress.com/store/1102895232 |
| 86 | Gugulethu Store | 1102921297 | https://www.aliexpress.com/store/1102921297 |

| 87 | Canshopping Store | 1102935344 | https://www.aliexpress.com/store/1102935344 |
| 88 | Little Bird Store | 1102942178 | https://www.aliexpress.com/store/1102942178 |
| 89 | Syou Store | 1102978867 | https://www.aliexpress.com/store/1102978867 |
| 90 | KH Lina Personal Care Collection Store Store | 1102998325 | https://www.aliexpress.com/store/1102998325 |
| 91 | Namii Store | 1103105462 | https://www.aliexpress.com/store/1103105462 |
| 92 | Healthy Spa Store | 1103200318 | https://www.aliexpress.com/store/1103200318 |
| 93 | Drive 009 store Store | 1103205965 | https://www.aliexpress.com/store/1103205965 |
| 94 | Shop1103212031 Store | 1103207428 | https://www.aliexpress.com/store/1103207428 |
| 95 | KAWASIMAYA Flagship Choice Store | 1103209204 | https://www.aliexpress.com/store/1103209204 |
| 96 | HomeProducts Store | 1103256105 | https://www.aliexpress.com/store/1103256105 |
| 97 | HGG Wholesale Store | 1103274507 | https://www.aliexpress.com/store/1103274507 |
| 98 | Shop1103297124 Store | 1103297125 | https://www.aliexpress.com/store/1103297125 |
| 99 | Shop5585045 Store | 1103310943 | https://www.aliexpress.com/store/1103310943 |
| 100 | Alknow Store | 1103380296 | https://www.aliexpress.com/store/1103380296 |
| 101 | Shop1103394037 Store | 1103392046 | https://www.aliexpress.com/store/1103392046 |
| 102 | Shop1103439166 Store | 1103437169 | https://www.aliexpress.com/store/1103437169 |
| 103 | HERSEE Store | 1103731449 | https://www.aliexpress.com/store/1103731449 |
| 104 | CarrKen Store | 1103769067 | https://www.aliexpress.com/store/1103769067 |

| 105 | Shop1103775360 Store | 1103778360 | https://www.aliexpress.com/store/1103778360 |
| 106 | Retro Style Store | 1103832201 | https://www.aliexpress.com/store/1103832201 |
| 107 | TERESA Store | 1103838586 | https://www.aliexpress.com/store/1103838586 |
| 108 | Shop1103847736 Store | 1103840735 | https://www.aliexpress.com/store/1103840735 |
| 109 | Shop1103855318 Store | 1103851403 | https://www.aliexpress.com/store/1103851403 |
| 110 | Shop1103929253 Store | 1103932251 | https://www.aliexpress.com/store/1103932251 |
| 111 | Shop1104009465 Store | 1103999589 | https://www.aliexpress.com/store/1103999589 |
| 112 | Shop1104034472 Store | 1104030519 | https://www.aliexpress.com/store/1104030519 |
| 113 | CHEER Store | 1104058313 | https://www.aliexpress.com/store/1104058313 |
| 114 | Full Body Massager Store | 1104061628 | https://www.aliexpress.com/store/1104061628 |
| 115 | Shop1104067176 Store | 1104063206 | https://www.aliexpress.com/store/1104063206 |
| 116 | Kang Kang Store Store | 1104064395 | https://www.aliexpress.com/store/1104064395 |
| 117 | Shop1104080036 Store | 1104064994 | https://www.aliexpress.com/store/1104064994 |
| 118 | Shop1104077010 Store | 1104076017 | https://www.aliexpress.com/store/1104076017 |
| 119 | Shop1104077217 Store | 1104081208 | https://www.aliexpress.com/store/1104081208 |
| 120 | Shop1104112933 Store | 1104123753 | https://www.aliexpress.com/store/1104123753 |
| 121 | Shop1104431271 Store | 1104440274 | https://www.aliexpress.com/store/1104440274 |
| 122 | Shop1104492510 Store | 1104484564 | https://www.aliexpress.com/store/1104484564 |

| 123 | Shop1104493376 Store | 1104493377 | https://www.aliexpress.com/store/1104493377 |
| 124 | Taiyuansupushuaibaihuoshanghanggerenduzi | A13JP8VAY8QFN | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A13JP8VAY8QFN |
| 125 | 漳抄裙炯贸易 | A15L0QM8022UPZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A15L0QM8022UPZ |
| 126 | kunmingbengfeishangmaoyouxiangongsi | A18M1WOZ5C9N40 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A18M1WOZ5C9N40 |
| 127 | StandardCommerce | A1AWI5SRR8TQGU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1AWI5SRR8TQGU |
| 128 | DianZaN | A1CZ3Z9SO0KNFA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1CZ3Z9SO0KNFA |
| 130 | Thereisagrocerystore | A1LFZD18MDVQ2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1LFZD18MDVQ2 |
| 131 | gxzcjb | A1V78F1TYET4OT | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1V78F1TYET4OT |
| 132 | hainanjuheng | A1WGRY522ZZQB0 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WGRY522ZZQB0 |
| 133 | QQtow-shop | A1X5GHCV2AVWW7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1X5GHCV2AVWW7 |
| 134 | lucongyingguojishangmao | A22COG3CAVU35V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A22COG3CAVU35V |

| 136 | Xing'er's department store | A27PDCJ4VN15AR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A27PDCJ4VN15AR |
| 137 | CloudSpark | A28R53TQI57VQH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A28R53TQI57VQH |
| 138 | CuiKaiBaiHuo | A29ISPX556DX2N | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29ISPX556DX2N |
| 139 | spring_flower | A29SU4AAB9WRC3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A29SU4AAB9WRC3 |
| 140 | jinhuiqzus | A2BXZISYW73AWG | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2BXZISYW73AWG |
| 141 | ZhuJiYanShangMao | A2CZKCO696E3IC | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2CZKCO696E3IC |
| 143 | JYYUJU | A2EF896PUF9QYR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2EF896PUF9QYR |
| 145 | haoqongshangmao | A2MHDEG8KP6PXR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2MHDEG8KP6PXR |
| 146 | KAKU HOME | A2TGR0S8A57292 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2TGR0S8A57292 |
| 147 | GUOYANFEIY | A2VXJAX5ZB35IK | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2VXJAX5ZB35IK |
| 149 | ZhangJiHui23 | A2W9X3YJ067OSH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2W9X3YJ067OSH |

| 154 | ZYSMHA | A322GI5CT3JWQL | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A322GI5CT3JWQL |
| 155 | YxX&Zen Design | A32AMRL973W0X8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32AMRL973W0X8 |
| 156 | LeeTurn | A32N16EQZ1BL2T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A32N16EQZ1BL2T |
| 157 | Mengyao New Year's Shop | A34RDVTNW0YY6Z | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A34RDVTNW0YY6Z |
| 158 | ROCHOU | A35SFWXTKMZAES | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35SFWXTKMZAES |
| 159 | RuiTongKuaJing | A35SV7N6S5ADQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A35SV7N6S5ADQ |
| 160 | FangPenGG | A36FFFJM16Z0R | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A36FFFJM16Z0R |
| 161 | yunchengshiyanhuqushuaitingshangmaoyouxiangongsi | A370FPQCPTTG2U | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A370FPQCPTTG2U |
| 162 | 海海恩服装商贸 | A39HZ0F607Q37 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39HZ0F607Q37 |
| 163 | wangmingbo us | A39TMHMY9Z45RR | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A39TMHMY9Z45RR |
| 164 | Sayawaya | A3ASPEFDTC2UQ3 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3ASPEFDTC2UQ3 |

| 165 | Zhenglei111qz | A3B1UEGWH10QZU | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3B1UEGWH10QZU |
| 166 | huayefenzhoushiye | A3CNHKIWA6K4TV | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3CNHKIWA6K4TV |
| 167 | CuiMaI | A3JRG71IE6DYV5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3JRG71IE6DYV5 |
| 168 | Daodazhineng | A3RKEBE9AIMCAJ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3RKEBE9AIMCAJ |
| 169 | panshikeji | A3SWTJZ39N9XOQ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3SWTJZ39N9XOQ |
| 170 | One-Click Avenue | A3UC5KMB09GLFI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3UC5KMB09GLFI |
| 171 | LvJuN | A3UM8J5ZNEWP69 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3UM8J5ZNEWP69 |
| 173 | Yusensd | A7W7V6LBBOTQY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A7W7V6LBBOTQY |
| 174 | YINGLINY-KI | AAPV2IADRRFR7 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AAPV2IADRRFR7 |
| 175 | ZEOGIA | AC3W1CGTEPBQ8 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AC3W1CGTEPBQ8 |
| 176 | MingChenShang | AEDWOU7Q493UA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AEDWOU7Q493UA |

| 177 | Huuu STORE | AG7OAV8K6PVLA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AG7OAV8K6PVLA |
| 178 | huangmeixianfuhuabaihuo | AH0DWVQ3O4BLX | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AH0DWVQ3O4BLX |
| 179 | SeJee | AHSWVSDO7K76T | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AHSWVSDO7K76T |
| 180 | INCHOR Direct | AIQW2XGBLQLGZ | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AIQW2XGBLQLGZ |
| 181 | YINGLJK | AJEQPGE7Y36OO | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJEQPGE7Y36OO |
| 182 | WuHanWangXiShangMaoYouXianGongSi | AJFR26FDZVXX6 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AJFR26FDZVXX6 |
| 183 | 李奎国际商贸 | AON0OGQY0HLHP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AON0OGQY0HLHP |
| 184 | HongDongXianYanHuiMaoYiDian(GeRenDuZi) | ATLFRTFJ6C2TH | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ATLFRTFJ6C2TH |
| 185 | ChuQianXinL | AUTTJPRP5YABB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUTTJPRP5YABB |
| 186 | chenpanzhi-qzus | AUVPPMBMI8858 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AUVPPMBMI8858 |
| 187 | dionwaiters | 21635604 | https://www.dhgate.com/store/21635604 |
| 188 | tidal_front1 | 22002287 | https://www.dhgate.com/store/22002287 |
| 189 | love_of_roses1 | 22002428 | https://www.dhgate.com/store/22002428 |

| 190 | swallow_house | 22002460 | https://www.dhgate.com/store/22002460 |
| 192 | Berlin Bargain | berlinbargain | https://www.ebay.com/usr/berlinbargain |
| 193 | dayily new shop | hotsale-shop | https://www.ebay.com/usr/hotsale-shop |
| 194 | skynesto | skynesto | https://www.ebay.com/usr/skynesto |
| 195 | EasonSupply | EasonSupply | https://www.etsy.com/shop/EasonSupply |
| 196 | MyMelonGrGoodies | MyMelonGrGoodies | https://www.etsy.com/shop/MyMelonGrGoodies |
| 197 | TheSecretsOutOlive | TheSecretsOutOlive | https://www.etsy.com/shop/TheSecretsOutOlive |
| 198 | DINGPENGQIN | 8640693228 | https://us.shein.com/store/home?store_code=8640693228 |
| 199 | CCC Good goods | ############## | https://www.temu.com/m-634418212382924.html |
| 201 | HSGTRH | 101261205 | https://www.walmart.com/reviews/seller/101261205 |
| 202 | YHRY | 101286232 | https://www.walmart.com/reviews/seller/101286232 |
| 203 | HRHousruse | 101460325 | https://www.walmart.com/reviews/seller/101460325 |
| 204 | shugengshangmao | 101502081 | https://www.walmart.com/reviews/seller/101502081 |
| 205 | guangzhoushiyiqikeji | 101520081 | https://www.walmart.com/reviews/seller/101520081 |
| 206 | EnchantGlow | 101520786 | https://www.walmart.com/reviews/seller/101520786 |
| 207 | TALKVE | 101534672 | https://www.walmart.com/reviews/seller/101534672 |
| 208 | ZONGZHI Co.Ltd | 101564716 | https://www.walmart.com/reviews/seller/101564716 |
| 209 | Malibure | 101574073 | https://www.walmart.com/reviews/seller/101574073 |
| 210 | Yiyidesf | 101591069 | https://www.walmart.com/reviews/seller/101591069 |

| 211 | JFDGRCNVA | 101596377 | https://www.walmart.com/reviews/seller/101596377 |
| 212 | FANLOU Co.Ltd | 101596944 | https://www.walmart.com/reviews/seller/101596944 |
| 213 | wojkhew | 101606412 | https://www.walmart.com/reviews/seller/101606412 |
| 215 | HGDHJO | 101610517 | https://www.walmart.com/reviews/seller/101610517 |
| 216 | ZUISDAHFGBHG | 101618422 | https://www.walmart.com/reviews/seller/101618422 |
| 219 | An An Sheng Co., Ltd. | 101641296 | https://www.walmart.com/reviews/seller/101641296 |
| 220 | CHENGSENLIN | 101643918 | https://www.walmart.com/reviews/seller/101643918 |
| 222 | Expuqsift | 101644390 | https://www.walmart.com/reviews/seller/101644390 |
| 223 | CZYSHP | 101645224 | https://www.walmart.com/reviews/seller/101645224 |
| 224 | zhipeng | 101645607 | https://www.walmart.com/reviews/seller/101645607 |
| 225 | YUKA | 101645815 | https://www.walmart.com/reviews/seller/101645815 |
| 226 | wenmianwangluo | 101646957 | https://www.walmart.com/reviews/seller/101646957 |
| 227 | LUWXIA | 101650064 | https://www.walmart.com/reviews/seller/101650064 |
| 228 | TTAUHJUT | 101651824 | https://www.walmart.com/reviews/seller/101651824 |
| 229 | huangshishiwubi | 101653251 | https://www.walmart.com/reviews/seller/101653251 |
| 230 | BBZUI | 101653500 | https://www.walmart.com/reviews/seller/101653500 |
| 231 | Viku Daty | 101654794 | https://www.walmart.com/reviews/seller/101654794 |
| 232 | NIVIYA Co.Ltd | 101654806 | https://www.walmart.com/reviews/seller/101654806 |

| 234 | Ouqilin | 101657876 | https://www.walmart.com/reviews/seller/101657876 |
| 235 | jinlaifu11 | 101661832 | https://www.walmart.com/reviews/seller/101661832 |
| 236 | YJJFHDSH | 101664374 | https://www.walmart.com/reviews/seller/101664374 |
| 237 | Heizi | 101664848 | https://www.walmart.com/reviews/seller/101664848 |
| 238 | HYjkkgt | 101665898 | https://www.walmart.com/reviews/seller/101665898 |
| 240 | Niaviben-Best4U | 101666063 | https://www.walmart.com/reviews/seller/101666063 |
| 241 | Phutrfoio | 101666069 | https://www.walmart.com/reviews/seller/101666069 |
| 244 | SJXHJH Prime Day Deals | 101668501 | https://www.walmart.com/reviews/seller/101668501 |
| 246 | Iegman | 101669873 | https://www.walmart.com/reviews/seller/101669873 |
| 248 | YGEnga | 101672501 | https://www.walmart.com/reviews/seller/101672501 |
| 249 | SPECIES | 101673676 | https://www.walmart.com/reviews/seller/101673676 |
| 251 | jinansongzhiyuanshangmao | 101678188 | https://www.walmart.com/reviews/seller/101678188 |
| 252 | BINNI Co.Ltd | 101679034 | https://www.walmart.com/reviews/seller/101679034 |
| 253 | wuxinga | 101680788 | https://www.walmart.com/reviews/seller/101680788 |
| 256 | haolunmaoyi | 101686384 | https://www.walmart.com/reviews/seller/101686384 |
| 257 | HIOAWHOW | 101688138 | https://www.walmart.com/reviews/seller/101688138 |
| 259 | meilichangfushi | 101694320 | https://www.walmart.com/reviews/seller/101694320 |
| 260 | Mixicoe | 101696695 | https://www.walmart.com/reviews/seller/101696695 |

| 261 | CENGZISHU | 101696738 | https://www.walmart.com/reviews/seller/101696738 |
| 262 | BAOshuiza | 101696767 | https://www.walmart.com/reviews/seller/101696767 |
| 263 | shenzhenshiruigeerdianzishangwuyouxiangongsi | 102477689 | https://www.walmart.com/reviews/seller/102477689 |
| 264 | jinanshannantiyuqicai | 102478985 | https://www.walmart.com/reviews/seller/102478985 |
| 266 | zhiyimoushangmao | 102480649 | https://www.walmart.com/reviews/seller/102480649 |
| 267 | dongweiheijinshangmao | 102480650 | https://www.walmart.com/reviews/seller/102480650 |
| 268 | zhiliandazhinengkeji | 102481560 | https://www.walmart.com/reviews/seller/102481560 |
| 269 | YILUO Co.Ltd | 102481791 | https://www.walmart.com/reviews/seller/102481791 |
| 270 | Mycyax | 102482059 | https://www.walmart.com/reviews/seller/102482059 |
| 271 | Blodeu store | 102482076 | https://www.walmart.com/reviews/seller/102482076 |
| 273 | kunmingwuhuaxinhangnan | 102482520 | https://www.walmart.com/reviews/seller/102482520 |
| 274 | xiangtangongxi | 102482570 | https://www.walmart.com/reviews/seller/102482570 |
| 275 | leiyingdengshi | 102484037 | https://www.walmart.com/reviews/seller/102484037 |
| 276 | Chenghuan's Department Store | 102486157 | https://www.walmart.com/reviews/seller/102486157 |
| 277 | BAIOJI Co.Ltd | 102486532 | https://www.walmart.com/reviews/seller/102486532 |
| 278 | UBNADK | 102486783 | https://www.walmart.com/reviews/seller/102486783 |
| 279 | hefanghonghuishangmao | 102487923 | https://www.walmart.com/reviews/seller/102487923 |
| 280 | liuzhiqiang | 102488245 | https://www.walmart.com/reviews/seller/102488245 |

| 281 | dongguanshifeifan | 102488290 | https://www.walmart.com/reviews/seller/102488290 |
| 282 | LRZWY | 102489079 | https://www.walmart.com/reviews/seller/102489079 |
| 284 | hezhiyindianzi | 102491623 | https://www.walmart.com/reviews/seller/102491623 |
| 285 | foshanshiyuanqinbinshangmao | 102495383 | https://www.walmart.com/reviews/seller/102495383 |
| 286 | lixinshengwukeji | 102498535 | https://www.walmart.com/reviews/seller/102498535 |
| 287 | JingHaiShop | 102500766 | https://www.walmart.com/reviews/seller/102500766 |
| 289 | TianHuaMaoYi | 102500829 | https://www.walmart.com/reviews/seller/102500829 |
| 290 | Burrcr | 102503748 | https://www.walmart.com/reviews/seller/102503748 |
| 291 | bangkuatanshangmao | 102504893 | https://www.walmart.com/reviews/seller/102504893 |
| 292 | xianlieshangmao | 102506766 | https://www.walmart.com/reviews/seller/102506766 |
| 293 | XJ-ZZYIQ | 102509938 | https://www.walmart.com/reviews/seller/102509938 |
| 294 | XJJ NHYG | 102511690 | https://www.walmart.com/reviews/seller/102511690 |
| 295 | FAMAOXH | 102512433 | https://www.walmart.com/reviews/seller/102512433 |
| 296 | zhenghaodianzikeji | 102512613 | https://www.walmart.com/reviews/seller/102512613 |
| 297 | libiaoshangmao | 102513850 | https://www.walmart.com/reviews/seller/102513850 |
| 298 | guangzhouzhidongshangmao | 102513877 | https://www.walmart.com/reviews/seller/102513877 |
| 299 | KIman | 102514191 | https://www.walmart.com/reviews/seller/102514191 |
| 300 | ruisiweikejiyouxiangongsi | 102514552 | https://www.walmart.com/reviews/seller/102514552 |

| 301 | xiongdingshangmaogongsi | 102515894 | https://www.walmart.com/reviews/seller/102515894 |
| 302 | EaseHome | 102516329 | https://www.walmart.com/reviews/seller/102516329 |
| 303 | zhenfengshangmao | 102517617 | https://www.walmart.com/reviews/seller/102517617 |
| 304 | HGYW | 102519550 | https://www.walmart.com/reviews/seller/102519550 |
| 305 | helianjudianzikeji | 102536031 | https://www.walmart.com/reviews/seller/102536031 |
| 306 | hao hong zhen mao | 102555564 | https://www.walmart.com/reviews/seller/102555564 |
| 307 | fu jian ta mu de jin chu kou | 102558988 | https://www.walmart.com/reviews/seller/102558988 |
| 308 | Can shop | 102571430 | https://www.walmart.com/reviews/seller/102571430 |
| 309 | luofeike | 102584711 | https://www.walmart.com/reviews/seller/102584711 |
| 310 | liweimaoyiyou | 102587835 | https://www.walmart.com/reviews/seller/102587835 |
| 311 | ONCES-US | 102638275 | https://www.walmart.com/reviews/seller/102638275 |